*State, Respondent, v. Dunn, Petitioner*, No. 91807-4. Petition for review of a decision of the Court of Appeals, No. 44572-7-II, May 12, 2015, 187 Wn. App. 1026. *Denied* November 4, 2015.

*State, Respondent, v. Chambers, Petitioner*, No. 91808-2. Petition for review of a decision of the Court of Appeals, Nos. 45392-4-II, 45399-1-II, and 45402-5-II, April 14, 2015, 187 Wn. App. 1002. *Denied* November 4, 2015.

*State, Respondent, v. Eaglespeaker, Petitioner*, No. 91809-1. Petition for review of a decision of the Court of Appeals, No. 44998-6-II, May 12, 2015, 187 Wn. App. 1027. *Denied* November 4, 2015.

*In re Marriage of Ashagari*, No. 91810-4. Petition for review of a decision of the Court of Appeals, No. 71295-1-I, March 23, 2015, 186 Wn. App. 1033. *Denied* November 4, 2015.

*State, Respondent, v. Johnson, Petitioner*, No. 91811-2. Petition for review of a decision of the Court of Appeals, No. 72365-1-I, February 2, 2015, 185 Wn. App. 655. *Denied* November 4, 2015.

*State, Respondent, v. McGovern, Petitioner*, No. 91815-5. Petition for review of a decision of the Court of Appeals, No. 32197-5-III, May 19, 2015, 187 Wn. App. 1031. *Denied* November 4, 2015.

*State, Respondent, v. Hager, Petitioner*, No. 91822-8. Petition for review of a decision of the Court of Appeals, No. 70947-0-I, March 2, 2015, 186 Wn. App. 1009. *Denied* November 4, 2015.

*Birgen, Petitioner, v. Dep't of Labor & Indus., Respondent*, No. 91825-2. Petition for review of a decision of the Court of Appeals, No. 45692-3-II, April 7, 2015, 186 Wn. App. 851. *Denied* November 4, 2015.